IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAISY WESTON                  :        CIVIL ACTION
                              :
        v.                    :
                              :
FARBERWARE LICENSING CO.,     :        NO. 23-2607
LLC, et al.                   :

ORDER

AND NOW, this 24th day of January, 2024, after a telephone conference with counsel, it is hereby ORDERED that the Motion of Plaintiff Daisy Weston to Compel Production of Documents (Doc. #37) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III

_____
                              J.