**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAISY WESTON,<br><br>        **Plaintiff,**<br>v.<br><br>**FARBERWARE LICENSING CO. LLC,**<br>**et al.,**<br><br>        **Defendants.** | **Docket No.: 2:23-CV-02607-HB** |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**
**TO COMPLETE FACT DEPOSITIONS**

Defendants hereby move the Court for an additional 60-day extension of the pending pretrial dates contained in the Court's April 22nd Scheduling Order.  The reason for the request is to allow the parties sufficient time to conclude the taking of two critical fact depositions – the reopening of Plaintiff's deposition to inquire regarding spoilation of evidence issues relating to the subject pressure cooker, and Plaintiff's deposition of a Walmart's 30(b)(6) witness.  The undersigned has conferred with Plaintiff's counsel regarding this request, and has been informed that Plaintiff has no objection to it.

First, Defendants seek to reopen the deposition of the Plaintiff, Daisy Weston, for one hour to ask her questions about parts of the subject pressure cooker which have gone missing. The fact that Plaintiff's pressure cooker is missing parts (and therefore cannot be properly tested by Defendants' expert) was only made clear to the Defendants on June 25th, when an inspection and testing of the Plaintiff's pressure cooker was scheduled to take place at Plaintiff's counsel's office.  It was only as of that date that Defendants were informed by its expert, Mr. Jason Mattice, that Plaintiff's pressure cooker was missing critical parts that prevents the subject pressure cooker from being tested.  After the scheduled, but aborted, inspection and testing, the

undersigned reached out to Plaintiff's counsel requesting the reopening of Plaintiff's deposition. Plaintiff's counsel has refused Defendants' request to reopen Plaintiff's deposition in order to ask her about the missing pressure cooker parts, and therefore Defendants are filing a Motion to Compel contemporaneously with this letter.

Second, Plaintiff's counsel has informed the undersigned that they require additional time beyond the current July 31st cutoff to take the deposition of one of Walmart's 30(b)(6) designees, Ms. Coryn Kremers, Senior Director of Walmart's Product Safety and Compliance. Plaintiff has already deposed one of Walmart's 30(b)(6) designees – Ms. Tammy Hawkins -- on product procurement, sale, instructions, testing and other topics. Walmart has designated a second 30(b)(6) designee to specifically address topics regarding product safety and compliance protocols.

In response to Defendants' designation of Ms. Kremers as an additional 30(b)(6) witness, Plaintiff's counsel wrote back that "[w]hile we do not object to Walmart designating a new witness, we cannot agree to do so with only two weeks before the end of discovery and plaintiff's expert report deadline. Please request an extension from the Court that will allow plaintiff thirty additional days to produce her reports following the deposition of Ms. Kremers." (Email from Bethany Nikitenko, Esq. to Dean Jarmel, Esq. dated July 12, 2024.) Based on the request from Plaintiff's counsel, Defendants have requested a 60-day extension.[1]

WHEREFORE, in light of the foregoing, Defendants respectfully request a 60-day

---

[1] It should be noted that when Defendants designated Ms. Kremers as an additional 30(b)(6) witness, there was still two weeks before the July 31st cutoff. Defendants offered to produce Ms. Kremers in that time frame. Although Defendants do not believe that Plaintiff's counsel genuinely required *a month* to prepare for the deposition – having already extensively deposed Ms. Hawkins on most of the same topics – Defendants agreed to Plaintiff's request that they seek an extension from the Court to accommodate Plaintiff's counsel's requested timeframe.

extension of the dates contained in the Court's April 22nd Order so that discovery can be efficiently completed.

Respectfully submitted

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

  /s/ Dean Jarmel
By: Dean L. Jarmel, Esq.
*Attorneys for Defendants*
77 Water Street, Suite 2100
New York, New York  10005
Tel. No.:  (212) 232-1300
Fax No.:  (212) 232-1399
Email: dean.jarmel@lewisbrisbois.com

cc: Michelle Gorman, Esq.
    Dan Mann, Esq.
    Bethany Nikitenko, Esq.

142810147.2