IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAISY WESTON,**<br><br>          **Plaintiff,**<br>v.<br><br>**FARBERWARE LICENSING CO. LLC, et al.,**<br><br>          **Defendants.** | **Docket No.: 2:23-CV-02607-HB** |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANTS' MOTION TO COMPEL THE REOPENING OF PLAINTIFF'S**
**DEPOSITION**

  Defendants FARBERWARE LICENSING CO. LLC and WALMART INC., hereby incorporate the arguments set forth in the accompanying Motion to Compel the Reopening of Plaintiff's Deposition. For the reasons outlined in Defendants' Motion, it is respectfully requested that this Honorable Court grant Defendants' Motion and enter the Order which is proposed and attached hereto.

Date: July 16, 2024       Respectfully submitted,

                LEWIS BRISBOIS BISGAARD & SMITH, LLP

           By: */s/ Dean Jarmel*
              Dean L. Jarmel
              77 Water Street
              New York, N.Y.
              212-232-1325
              dean.jarmel@lewisbrisbois.com
              *Attorneys for Defendants*