IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAISY WESTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARBERWARE LICENSING CO., LLC, et al. | : | NO. 23-2607 |

ORDER

AND NOW, this 12th day of May, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)   the motion of defendants to preclude the testimony of plaintiff's expert Craig Clauser pursuant to Rule 702 of the Federal Rules of Evidence (Doc. #72) is GRANTED in part and DENIED in part;

(2)   the motion of defendants is GRANTED to preclude the expert testimony of Craig Clauser related to the failure to warn theory and related to the consumer expectations test; and

(3)   the motion of Defendants is otherwise DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                        J.