IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAISY WESTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FARBERWARE LICENSING CO., LLC, et al. | : | NO. 23-2607 |

## ORDER

AND NOW, this 13th day of May 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The Motion of defendants for summary judgment (Doc. #73) is GRANTED in part and DENIED in part;

(2)  The Motion of defendants for summary judgment on plaintiff's failure to warn claim is GRANTED;

(3)  The Motion of defendants for summary judgment on plaintiff's claims for punitive damages is GRANTED; and

(4)  The motion of defendants for summary judgment is otherwise DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                              J.